UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Hass Shams,<br><br>            Plaintiffs,<br><br>    vs.<br><br>EOS CCA; and DOES 1-10, inclusive,<br><br>            Defendants. | Case No.: 2:11-cv-03071-LKK-CKD<br><br>**ORDER** |

    Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date:  March 13, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT